UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-11320-JGR |
| CLEARWATER COLLECTION 15, LLC ) | |
| EIN: 47-4082355 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## DISCLOSURE REGARDING RECEIVERS

[ ]   No receiver is in possession of debtor's property.

[ X ]   A receiver is in possession of all or part of the debtor's property:

Michael Vullis of Avison Young
1715 N. Westshore Blvd.
Suite 450
Tampa, FL 33607


Dated: April 19, 2022

*/s/ Gary Dragul*
Gary Dragul, President, Clearwater Collection 15, LLC, by GDA Clearwater Management, LLC and GDA Real Estate Management, Inc., Manager


Dated: April 19, 2022        WADSWORTH GARBER WARNER CONRARDY, P.C.

By: /s/ Aaron A. Garber
    Aaron A. Garber #36099
    2580 West Main Street, Suite 200
    Littleton, CO 80120
    Telephone: (303) 296-1999
    Telecopy: (303) 296-7600
    Email: agarber@wgwc-law.com